*ORIGINAL*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 30 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

REYNALDO PALOMO,                    )
ID # 1065150,                      )
      Petitioner,        )
vs.                                )        No. 3:05-CV-0715-H
                                   )        ECF
NATHANIEL QUARTERMAN, Director,    )
Texas Department of Criminal       )
Justice, Correctional Institutions Division,  )
      Respondent.        )

## ORDER ADOPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed November 9, 2006, and Petitioner's Objections thereto, filed November 29, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court, and Petitioner's Objections are overruled.

SIGNED this _30_ day of ___Nov.___, 2006.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS